```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00711
    SELENA R POOLE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-0897


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/16/2007 and was confirmed 04/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
AMERICA'S SERVICING COMP  CURRENT MORTG         .00            .00            .00
AMERICA'S SERVICING COMP  MORTGAGE ARRE   23762.92            .00            .00
AAMES HOME LOAN           NOTICE ONLY     NOT FILED           .00            .00
CODILIS & ASSOCIATES ^    NOTICE ONLY     NOT FILED           .00            .00
US BANK                   NOTICE ONLY     NOT FILED           .00            .00
GMAC MORTGAGE             CURRENT MORTG         .00            .00            .00
GMAC MORTGAGE             MORTGAGE ARRE   10222.56            .00            .00
GMAC MORTGAGE             NOTICE ONLY     NOT FILED           .00            .00
PIERCE & ASSOCIATES       NOTICE ONLY     NOT FILED           .00            .00
AMERICAN GENERAL FINANCE  SECURED           400.00            .00         133.32
AMERICAN GENERAL FINANCE  UNSECURED        1634.13            .00            .00
MONTEREY FINANCIAL        SECURED           350.00            .00         116.64
MONTEREY FINANCIAL        UNSECURED         359.08            .00            .00
CLAY MOSBERG              NOTICE ONLY     NOT FILED           .00            .00
COOK COUNTY TREASURER     SECURED          5100.00            .00        1224.00
GE CAPITAL                SECURED NOT I         .00            .00            .00
GE CAPITAL                UNSECURED       NOT FILED           .00            .00
WFS FINANCIAL             SECURED VEHIC    8400.00         454.22        2001.22
WFS FINANCIAL             UNSECURED         204.39            .00            .00
WFS FINANCIAL             NOTICE ONLY     NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED           .00            .00
FNCS                      NOTICE ONLY     NOT FILED           .00            .00
CITIBANK                  UNSECURED       NOT FILED           .00            .00
CITIBANK                  UNSECURED       NOT FILED           .00            .00
CITIBANK                  UNSECURED       NOT FILED           .00            .00
CITIBANK                  UNSECURED       NOT FILED           .00            .00
CITIBANK                  UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED         590.00            .00            .00
COMCAST                   UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOCI  NOTICE ONLY     NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00            .00
DEFENDER SECURITY COMPAN  UNSECURED       NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00711 SELENA R POOLE
```

```
FIRST CONSUMERS NATIONAL NOTICE ONLY    NOT FILED                 .00               .00
FIRST PREMIER BANK       UNSECURED      NOT FILED                 .00               .00
FIRST PREMIER BANK       NOTICE ONLY    NOT FILED                 .00               .00
ILL STDNT AS             NOTICE ONLY    NOT FILED                 .00               .00
TIMOTHY K LIOU           UNSECURED       2131.33                  .00               .00
MCI                      UNSECURED      NOT FILED                 .00               .00
ARSI                     NOTICE ONLY    NOT FILED                 .00               .00
MID AMERICA BANK         UNSECURED      NOT FILED                 .00               .00
DEPENDON COLLECTIONS SER NOTICE ONLY    NOT FILED                 .00               .00
NICOR GAS                UNSECURED      NOT FILED                 .00               .00
NICOR GAS                UNSECURED       3025.97                  .00               .00
PAMELA DOME MD SC        UNSECURED      NOT FILED                 .00               .00
PAMELA DORNE             NOTICE ONLY    NOT FILED                 .00               .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED                 .00               .00
ALLIED INTERNATIONAL CRE NOTICE ONLY    NOT FILED                 .00               .00
SBC                      NOTICE ONLY    NOT FILED                 .00               .00
SPRINT                   UNSECURED      NOT FILED                 .00               .00
TCF NATIONAL BANK        UNSECURED      NOT FILED                 .00               .00
TCF BANK                 NOTICE ONLY    NOT FILED                 .00               .00
TCF NATIONAL BANK        NOTICE ONLY    NOT FILED                 .00               .00
TCF NATIONAL BANK        UNSECURED      NOT FILED                 .00               .00
TRINITY INTERNATIONAL UN UNSECURED       1971.56                  .00               .00
US CELLULAR              UNSECURED      NOT FILED                 .00               .00
ANDERSON FINANCIAL NETWO NOTICE ONLY    NOT FILED                 .00               .00
VILLAGE OF OAK PARK      UNSECURED      NOT FILED                 .00               .00
WALMART STORES INC       UNSECURED        261.27                  .00               .00
WEXLER & WEXLER          NOTICE ONLY    NOT FILED                 .00               .00
WELLGROUP HEALTH PARTNER UNSECURED        156.75                  .00               .00
WELLGROUP HEATLTHPARTNER NOTICE ONLY    NOT FILED                 .00               .00
WM STORES INC ONE        UNSECURED      NOT FILED                 .00               .00
WOMENS WORKOUT WORLD COR UNSECURED      NOT FILED                 .00               .00
LELAND SCOTT & ASSOC     NOTICE ONLY    NOT FILED                 .00               .00
ISAC                     UNSECURED      13322.90                  .00               .00
AMERICAN GENERAL FINANCE SECURED NOT I      .00                   .00               .00
AMERICAN GENERAL FINANCE UNSECURED          .00                   .00               .00
ZALUTSKY & PINSKI LTD    REIMBURSEMENT   354.00                   .00            354.00
ECMC                     UNSECURED       6482.92                  .00               .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY    3,000.00                               2,273.58
TOM VAUGHN               TRUSTEE                                                 443.02
DEBTOR REFUND            REFUND                                                     .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                              7,000.00

PRIORITY                                                  354.00
SECURED                                                 3,475.18
```

                    PAGE  2 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00711 SELENA R POOLE

```
       INTEREST                                                   454.22
UNSECURED                                                            .00
ADMINISTRATIVE                                                   2,273.58
TRUSTEE COMPENSATION                                               443.02
DEBTOR REFUND                                                        .00
                                     ----------------   ----------------
TOTALS                                       7,000.00           7,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 04/23/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```